Filed 1/21/15  P. v. Acosta CA2/6

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>JOSE LUIS MADRIGAL ACOSTA,<br><br>    Defendant and Appellant. | 2d Crim. No. B256111<br>(Super. Ct. No. 1433594)<br>(Santa Barbara County) |

Jose Luis Madrigal Acosta appeals the judgment entered after he pled no contest to battery causing injury (Pen. Code, § 243, subd. (d)).  After appellant pled no contest, he was referred to mental health treatment court and was accepted into its program.  The trial court suspended imposition of sentence and placed appellant on probation with various terms and conditions.

Because appellant pled no contest prior to a preliminary hearing, the relevant facts are derived from the probation report.  Appellant allowed two homeless men to stay with him at his residence.  When the owner or manager of the property told appellant the two men had to leave, appellant punched him in the face and head.  The victim's injuries included a laceration above his right eye that required five stitches.

We appointed counsel to represent appellant in this appeal. After examining the record, counsel filed an opening brief raising no issues and requesting that we independently examine the record pursuant to *People v. Wende* (1979) 25 Cal.3d 436.

On September 19, 2014, we advised appellant in writing that he had 30 days within which to personally submit any contentions or issues he wished to raise on appeal. Appellant did not respond.

We have examined the record and are satisfied that appellant's attorney has fully complied with his responsibilities and that no arguable issue exists. (*People v. Wende, supra*, 25 Cal.3d at p. 441.)

The judgment is affirmed.

NOT TO BE PUBLISHED.



PERREN, J.


We concur:



GILBERT, P. J.



YEGAN, J.



2

Patricia L. Kelly, Judge

Superior Court County of Santa Barbara

_____


California Appellate Project, Jonathan B. Steiner, Executive Director and Richard B. Lennon, Staff Attorney, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.